1
2
3
4

**Entered on Docket**
**March 08, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

5
6
7
8

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

9
10
11
12
13

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

14
15
16

Attorneys for  Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

17
18

UNITED STATES BANKRUPTCY COURT

19

DISTRICT OF NEVADA

20
21

| In re | Bankruptcy Case No. BK-S-09-32247-lbr |
|---|---|

Chapter 7

22

HEDIBERTO RUIZ-PEREZ,

WELLS FARGO BANK, N.A.,
SUCCESSOR BY MERGER TO WELLS
FARGO BANK SOUTHWEST, N.A.
FORMERLY KNOWN AS WACHOVIA
MORTGAGE, FSB, FKA WORLD
SAVINGS BANK, FSB'S ORDER
TERMINATING AUTOMATIC STAY

23

Debtor(s).

24
25
26
27

Date: February 3, 2010
Time: 10:30 a.m.

28

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to

2  Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World

3  Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing

4  in the United States Bankruptcy Court before the Honorable Linda B. Riegle, Michelle Abrams

5  appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 3020

12  Magnet St, North Las Vegas, Nevada 89030-5039 ("Real Property"), which is legally described

13  as:

14    LOT 6 IN BLOCK 3 OF LEWIS HOMES –
     NORTH LAS VEGAS NO.1, AS SHOWN BY
15    MAP THEREOF ON FILE IN BOOK 12 OF
     PLATS, PAGE 46 IN THE OFFICE OF THE
16    COUNTY RECORDER OF CLARK COUNTY,
     NEVADA.
17

18    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

19  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

20  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

21  prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at

22  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

23  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

24  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

25  provide 7 days' notice to the Debtor(s).

26  /././

27  /././

28  /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____        _____
NARRAH F NEWARK                TIMOTHY S. CORY
DEBTOR(S) ATTORNEY             TRUSTEE

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved.

☐ Disapproved.

☒ Failed to respond. – Debtor's Attorney/Trustee

###

Submitted by:

<u>/s/ JACQUE A. GRUBER</u>
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WELLS FARGO BANK, N.A., SUCCESSOR
BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN
AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB